**United States District Court**
For the Northern District of California

1

2

3                         IN THE UNITED STATES DISTRICT COURT

4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

PEOPLE OF THE STATE OF CALIFORNIA, Ex          No. 10-cv-03084 CW
8  Rel. EDMUND G. BROWN, JR., ATTORNEY
GENERAL,                                        ORDER SETTING
9                                               SCHEDULING AND
              Plaintiff,                        BRIEFING FOR
10                                              PENDING MOTIONS IN
      v.                                        RELATED CASES
11
FEDERAL HOUSING FINANCE AGENCY;
12  EDWARD DeMARCO, in his capacity as
Acting Director of FEDERAL HOUSING
13  FINANCE AGENCY; FEDERAL HOME LOAN
MORTGAGE CORPORATION; CHARLES E.
14  HALDEMAN, Jr., in his capacity as
Chief Executive Officer of FEDERAL
15  HOME LOAN MORTGAGE CORPORATION;
FEDERAL NATIONAL MORTGAGE
16  ASSOCIATION; MICHAEL J. WILLIAMS, in
his capacity as Chief Executive
17  Officer of FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
18
              Defendants.
19  _____/

20

21

22  SONOMA COUNTY and PLACER COUNTY,              No. 10-cv-03270 CW

23            Plaintiffs,

24      v.

25  FEDERAL HOUSING FINANCE AGENCY;
EDWARD DeMARCO, in his capacity as
26  Acting Director of FEDERAL HOUSING
FINANCE AGENCY; FEDERAL HOME LOAN
27  MORTGAGE CORPORATION; CHARLES E.
HALDEMAN, Jr., in his capacity as
28  Chief Executive Officer of FEDERAL

1 | HOME LOAN MORTGAGE CORPORATION;
FEDERAL NATIONAL MORTGAGE
2 | ASSOCIATION; MICHAEL J. WILLIAMS, in
his capacity as Chief Executive
3 | Officer of FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
4 |
              Defendants.
5 | _____/

6

7

8 | SIERRA CLUB,
                                        No. 10-cv-03317 CW
9 |         Plaintiff,

10 |     v.

11 | FEDERAL HOUSING FINANCE AGENCY;
EDWARD DeMARCO, in his capacity as
12 | Acting Director of FEDERAL HOUSING
FINANCE AGENCY,
13 |
              Defendants.
14 | _____/

15

16

17 | CITY OF PALM DESERT,
                                        No. 10-cv-04482 CW
18 |         Plaintiff,

19 |     v.

20 | FEDERAL HOUSING FINANCE AGENCY;
FEDERAL NATIONAL MORTGAGE
21 | ASSOCIATION; FEDERAL HOME LOAN
MORTGAGE CORPORATION,
22 |
              Defendants.
23 | _____/

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   On October 14, 2010, Defendant FHFA filed identical motions to

2   dismiss in three related cases, <u>California v. FHFA, et al.</u>, 10-cv-

3   03084, <u>County of Sonoma v. FHFA, et al.</u>, 10-cv-03270, and <u>Sierra</u>

4   <u>Club v. FHFA, et al.</u>, 10-cv-03317.  Docket Nos. 49, 41 & 18,

5   respectively.  Defendant FHFA has not filed its motion to dismiss

6   in <u>City of Palm Desert v. FHFA, et. al</u>, 10-cv-04482.  According to

7   their case management statement of October 26, 2010, Defendant FHFA

8   and Plaintiff Palm Desert seek to delay Defendant FHFA's response

9   to its complaint until January 17, 2011.  Nonetheless, the Court

10  orders Defendant FHFA to file on November 5, 2010, its motion to

11  dismiss in the <u>City of Palm Desert</u> action.  Defendant FHFA is also

12  ordered to file on November 5, 2010, its motion to dismiss in

13  response to Plaintiff-Intervener Placer County's complaint in

14  intervention.  The Court will consider together the motion to

15  dismiss in the four related cases.

16  On October 26, 2010, based on a stipulation by Plaintiffs in

17  the first-filed three related cases, <u>California v. FHFA, et al.</u>,

18  10-cv-03084, <u>Sonoma County v. FHFA, et al.</u>, 10-cv-03270, and <u>Sierra</u>

19  <u>Club v. FHFA, et al.</u>, 10-cv-03317, the Court ordered that

20  Plaintiffs in those actions file a single, fifty-page opposition to

21  Defendant's motion to dismiss, clearly identifying any arguments

22  that are unique to individual Plaintiffs.  The Court orders that

23  Plaintiffs in all four of the above-captioned, related cases,

24  including Plaintiff-Intervener Placer County, file a single

25  opposition to Defendant's motion to dismiss, clearly identifying

26  any arguments that are unique to individual Plaintiffs.  The

27  opposition shall be filed by November 12, 2010, and shall not

28

3

1  exceed fifty pages.

2        In a separate order, the Court required that by November 3,
3  2010, (1) Plaintiff Placer County shall submit its complaint in
4  intervention in the action, County of Sonoma v. FHFA, et al., 10-
5  cv-03270, and (2) the California Attorney General shall file its
6  amicus curiae brief in support of Plaintiff Sonoma County's motion
7  for preliminary injunction in that case.

8        By November 5, 2010, Defendant FHFA shall file its motion to
9  dismiss in the City of Palm Desert action, 10-cv-04482, and in
10 response to Plaintiff Placer County's complaint in intervention in
11 County of Sonoma v. FHFA, et al., 10-cv-03270.  Also by November 5,
12 2010, Defendant FHFA shall file its response to the California
13 Attorney General's amicus brief, in a supplemental brief, not to
14 exceed fifteen pages.  This brief shall not repeat any arguments in
15 its motion to dismiss or in its opposition to Plaintiff Sonoma
16 County's motion for preliminary injunction.

17       By November 12, 2010, Plaintiffs in all four related cases and
18 Plaintiff-Intervener Placer County shall file a single, fifty-page
19 opposition to Defendant FHFA's motion to dismiss.  They shall
20 clearly identify any arguments that are unique to individual
21 Plaintiffs.  Also by November 12, 2010, Plaintiff Sonoma County
22 shall file its reply to Defendant's opposition to the motion for
23 preliminary injunction.  Its brief shall not exceed fifteen pages,
24 and shall not repeat any argument made in its opposition to
25 Defendant FHFA's motion to dismiss.

26       By November 15, 2010, amicus California shall file its reply
27 to Defendant's opposition to the motion for preliminary injunction.

28                                       4

United States District Court
For the Northern District of California

California's brief shall not exceed fifteen pages, and shall not repeat any arguments made in Sonoma County's reply.

By November 19, 2010, Defendant FHFA shall file its reply to Plaintiffs' single opposition to the motion to dismiss, not to exceed thirty pages.

On December 2, 2010, at 2:00 pm the Court will hear argument on both the motion for preliminary injunction and the motion to dismiss, and will hold a case management conference.  A joint case management statement shall be filed by November 24, 2010.

IT IS SO ORDERED.

Dated   11/1/10

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California