**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4             FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8  PEOPLE OF THE STATE OF CALIFORNIA, Ex            No. 10-cv-03084 CW
   Rel. EDMUND G. BROWN, JR., ATTORNEY
   GENERAL,                                         ORDER REGARDING
9                                                   SONOMA COUNTY'S
              Plaintiff,                            MOTION FOR A
10                                                  PRELIMINARY
       v.                                           INJUNCTION IN THE
11                                                  SONOMA COUNTY
   FEDERAL HOUSING FINANCE AGENCY;                  ACTION, 10-cv-
12 EDWARD DeMARCO, in his capacity as               03270
   Acting Director of FEDERAL HOUSING               (Docket No. 33)
13 FINANCE AGENCY; FEDERAL HOME LOAN
   MORTGAGE CORPORATION; CHARLES E.
14 HALDEMAN, Jr., in his capacity as
   Chief Executive Officer of FEDERAL
15 HOME LOAN MORTGAGE CORPORATION;
   FEDERAL NATIONAL MORTGAGE
16 ASSOCIATION; MICHAEL J. WILLIAMS, in
   his capacity as Chief Executive
17 Officer of FEDERAL NATIONAL MORTGAGE
   ASSOCIATION,
18
              Defendants.
19 _____/

20

21

22 SONOMA COUNTY and PLACER COUNTY,                 No. 10-cv-03270 CW

23            Plaintiffs,

24     v.

25 FEDERAL HOUSING FINANCE AGENCY;
   EDWARD DeMARCO, in his capacity as
26 Acting Director of FEDERAL HOUSING
   FINANCE AGENCY; FEDERAL HOME LOAN
27 MORTGAGE CORPORATION; CHARLES E.
   HALDEMAN, Jr., in his capacity as
28 Chief Executive Officer of FEDERAL

**United States District Court**
For the Northern District of California

1   HOME LOAN MORTGAGE CORPORATION;
    FEDERAL NATIONAL MORTGAGE
2   ASSOCIATION; MICHAEL J. WILLIAMS, in
    his capacity as Chief Executive
3   Officer of FEDERAL NATIONAL MORTGAGE
    ASSOCIATION,
4
                Defendants.
5   _____/

6

7

8   SIERRA CLUB,
                                                    No. 10-cv-03317 CW
9           Plaintiff,

10      v.

11  FEDERAL HOUSING FINANCE AGENCY;
    EDWARD DeMARCO, in his capacity as
12  Acting Director of FEDERAL HOUSING
    FINANCE AGENCY,
13
                Defendants.
14  _____/

15

16

17  CITY OF PALM DESERT,
                                                    No. 10-cv-04482 CW
18          Plaintiff,

19      v.

20  FEDERAL HOUSING FINANCE AGENCY;
    FEDERAL NATIONAL MORTGAGE
21  ASSOCIATION; FEDERAL HOME LOAN
    MORTGAGE CORPORATION,
22
                Defendants.
23  _____/

24

25

26

27

28
                                    2

**United States District Court**
For the Northern District of California

1    California, various local governments and the Sierra Club have

2  filed the above-captioned lawsuits against the Federal Housing

3  Finance Agency (FHFA) and related entities, after the FHFA issued a

4  statement, and the Federal National Mortgage Association (Fannie

5  Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac)

6  published announcements, which allegedly thwarted Property Assessed

7  Clean Energy (PACE) programs.[1]  Through these programs, state and

8  local governments sought to finance energy conservation projects

9  using city and county tax assessments against the retrofitted

10 properties.  The American Recovery and Reinvestment Act of 2009

11 provided funding to support these programs, and the Department of

12 Energy has assumed responsibility for allocating such funding

13 through grants.  Plaintiffs seek declaratory and injunctive relief,

14 pressing claims for violations of the Administrative Procedures

15 Act, the National Environmental Policy Act, various state laws and

16 the United States Constitution.

17    In the Sonoma County action, 10-cv-03270, Sonoma County has

18 moved for a preliminary injunction.  Docket No. 33.  The motion

19 seeks a court order enjoining Defendants from:

20    1. Giving any force or effect in Sonoma County to the FHFA's

21 July 6, 2010 "Statement on Certain Energy Retrofit Loan Programs"

22 and any actions taken by Freddie Mac or Fannie Mae in response to

23

24    [1] Three similar cases are pending in federal district courts in
   Florida and New York.  The FHFA has moved the Judicial Panel on
25 Multidistrict Litigation to centralize all seven actions.  The three
   additional actions are The Town of Babylon v. FHFA et. al., 2:10-cv-
26 04916 (E.D.N.Y); Natural Resource Defense Council, Inc. v. Federal
   Housing Finance Authority et al., 1:10-cv-07647-SAS (S.D.N.Y.); and
27 Leon County v. FHFA et al., 4:10-cv-00436-RH (N.D.Fla.).

28                                      3

**United States District Court**
For the Northern District of California

1  the FHFA's July 6, 2010 Statement, including but not limited to,

2  the actions taken by Freddie Mac and Fannie Mae on August 31, 2010.

3      2. Interpreting the Uniform Security Instrument as prohibiting

4  Sonoma County Energy Independence Program (SCEIP) assessments,

5  whether obtained before or after July 6, 2010;

6      3. Issuing any further directives, statements, or guidance

7  that characterize SCEIP assessments as loans or threats to the

8  safety and soundness of Freddie Mac, Fannie Mae and the Home Loan

9  Banks; and

10      4. Treating SCEIP assessments differently than any other

11  assessments or property taxes imposed pursuant to state law.

12  California filed an amicus brief in support of Sonoma County's

13  motion.  Docket No. 65.  The motion was argued on December 2, 2010.

14      The Court is inclined to deny Sonoma County's motion.  Sonoma

15  is not likely to succeed on the merits to obtain the broad relief

16  it requests.  Nor does the balance of hardships tip sharply in its

17  favor, given that continued uncertainty, even if preliminary relief

18  were granted, is unlikely to be reassuring to Sonoma County

19  residents who have applied for the program, energy-retrofitting

20  businesses, and financial institutions.

21      However, the Court would entertain a narrower request for

22  relief, such as an order that, although not being required in the

23  interim to withdraw their challenged announcements, Defendants

24  proceed to initiate the notice and comment process while this

25  lawsuit is pending.  Plaintiffs' likelihood of success on their

26  Administrative Procedure Act claims for notice and comment is

27  greater than on their other claims.  Complying with a preliminary

28                                    4

1  order such as this may not cause great hardship to Defendants, and

2  might even serve a beneficial purpose.  On the other hand, delay in

3  beginning the notice and comment process, if such is eventually

4  required, could cause a hardship to Sonoma County.

5      Because this form of preliminary relief was not requested in

6  Sonoma County's motion, the Court allows Defendants to address it.

7  Defendants may not reiterate their arguments about the merits of

8  Plaintiffs' case, but may address the balance of hardships that

9  would be incurred by a preliminary injunction requiring them to

10  begin the notice and comment process, without being required to

11  withdraw their announcements.  Defendants may file a brief of not

12  more than ten pages on January 6, 2011.  Sonoma may respond with a

13  brief of the same length, addressing the same issue, on January 13,

14  2010.  The matter will be decided on the papers.

15

16      IT IS SO ORDERED.

17

18  Dated:   <u>December 20, 2010</u>

19  CLAUDIA WILKEN
   United States District Judge

20

21

22

23

24

25

26

27

28                  5