1 | EDMUND G. BROWN JR.
Attorney General of California
2 | KEN ALEX
Senior Assistant Attorney General
3 | State Bar No. 111236
SANDRA GOLDBERG
4 | Deputy Attorney General
State Bar No. 138632
5 | JANILL L. RICHARDS
Supervising Deputy Attorney General
6 | State Bar No. 173817
 California Attorney General's Office
7 | 1515 Clay Street, 20th Floor
 P.O. Box 70550
8 | Oakland, California  94612-0550
 Telephone:  (510) 622-2100
9 | Fax:  (510) 622-2270
*Attorneys for People of the State of California, ex
rel. Edmund G. Brown Jr., Attorney General*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL,<br><br>                                                 Plaintiff,<br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>                                                 Defendants. | Case No. 10-cv-03084-CW |
| COUNTY OF SONOMA,<br><br>                                                 Plaintiff,<br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>                                                 Defendants. | Case No. 10-cv-03270-CW<br><br>**STIPULATION RE DISMISSAL OF OFFICERS OF FEDERAL HOUSING LOAN MORTGAGE CORPORATION and FEDERAL NATIONAL MORTGAGE ASSOCIATION; ORDER** |

1

1  Counsel for defendant Charles E. Haldeman, Jr., in his capacity as Chief Executive
2  Officer of the Federal Home Loan Mortgage Corporation (Freddie Mac), and for defendant
3  Michael J. Williams, in his capacity as Chief Executive Officer of the Federal National Mortgage
4  Association (Fannie Mae) have requested that plaintiffs California, Sonoma County, and Placer
5  County dismiss these officers.  Plaintiffs named these officers only to ensure that in the event the
6  Court issues injunctive and/or declaratory relief, the officers will ensure compliance.  The parties
7  hereby stipulate as follows:
8  1.  Defendant Charles E. Haldeman, Jr., in his capacity as Chief Executive Officer of
9  the Federal Home Loan Mortgage Corporation, and defendant Michael J. Williams, in his
10  capacity as Chief Executive Officer of the Federal National Mortgage Association hereby shall be
11  dismissed from this action without prejudice.
12  2.  Any injunctive and/or declaratory relief issued against Fannie Mae and/or Freddie
13  Mac will apply to the officers of these entities in accordance with Fed. R. Civ. P. 65(d)(2).
14  IT IS SO STIPULATED.

Dated:  December 21 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California

/S/ Janill L. Richards

KEN ALEX
Senior Assistant Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General
SANDRA GOLDBERG
Deputy Attorney General
*Attorneys for the People of the State of California, ex rel. Edmund G. Brown Jr.*

STEVEN M. WOODSIDE
Sonoma County Counsel

/S/ Phyllis G. Gallagher

KATHLEEN LAROCQUE
Deputy County Counsel
PHYLLIS G. GALLAGHER
Deputy County Counsel
*Attorneys for Plaintiff County of Sonoma*

ANTHONY J. LA BOUFF
Placer County Counsel

/S/ Valerie D. Flood

GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel
*Attorneys for Plaintiff County of Placer*

| | |
|---|---|
| 1 | /S/ Scott M. Border |
| 2 | Stephen E. Hart |
| 3 | FEDERAL HOUSING FINANCE AGENCY |
| 4 | Howard N. Cayne |
|   | Asim Varma |
| 5 | Scott M. Border |
|   | ARNOLD & PORTER LLP |
| 6 | |
|   | Randall W. Edwards |
| 7 | Jeffrey W. Kilduff |
|   | Flora F. Vigo |
| 8 | Thomas P. Brown |
|   | O' MELVENY & MYERS LLP |
| 9 | |
|   | Henry F. Reichner |
| 10 | Heather B. Hoesterey |
|   | REED SMITH LLP |
| 11 | |
| 12 | *Attorneys for Defendants* |

*(Lines 13–28 blank)*

1 **ORDER**

2 Pursuant to the parties' stipulation, Charles E. Haldeman, Jr., in his capacity as Chief Executive Officer of the Federal Home Loan Mortgage Corporation (Freddie Mac), and Michael J. Williams, in his capacity as Chief Executive Officer of the Federal National Mortgage Association (Fannie Mae) hereby are dismissed from Case Nos. 10-cv-03084-CW and 10-cv-03270-CW without prejudice.  Any injunctive and/or declaratory relief that this Court may issue against Freddie Mac and/or Fannie Mae will apply to the officers of these entities in accordance with Fed. R. Civ. P. 65(d)(2).

Dated:  **12/23/2010**

CLAUDIA WILKEN
United States District Judge