IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Ex Rel. EDMUND G. BROWN, JR., ATTORNEY GENERAL,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>      Defendants.<br>_____/ | No. 10-cv-03084 CW<br><br>SECOND EXTENSION OF TIME FOR SUBMISSION OF POSITION LETTER FROM UNITED STATES |
| SONOMA COUNTY and PLACER COUNTY,<br><br>      Plaintiffs,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL | No. 10-cv-03270 CW |

```
 1  HOME LOAN MORTGAGE CORPORATION;
    FEDERAL NATIONAL MORTGAGE
 2  ASSOCIATION; MICHAEL J. WILLIAMS, in
    his capacity as Chief Executive
 3  Officer of FEDERAL NATIONAL MORTGAGE
    ASSOCIATION,
 4
              Defendants.
 5                                              /

 6

 7

 8  SIERRA CLUB,
                                                    No. 10-cv-03317 CW
 9            Plaintiff,

10       v.

11  FEDERAL HOUSING FINANCE AGENCY;
    EDWARD DeMARCO, in his capacity as
12  Acting Director of FEDERAL HOUSING
    FINANCE AGENCY,
13
              Defendants.
14                                              /

15

16

17  CITY OF PALM DESERT,
                                                    No. 10-cv-04482 CW
18            Plaintiff,

19       v.

20  FEDERAL HOUSING FINANCE AGENCY;
    FEDERAL NATIONAL MORTGAGE
21  ASSOCIATION; FEDERAL HOME LOAN
    MORTGAGE CORPORATION,
22
              Defendants.
23                                              /

24

25

26

27

28
```

1   On December 17, 2010, this Court requested a position letter
2 from the United States regarding issues raised in the above
3 captioned actions, if the United States deems it appropriate.  The
4 Court indicated that a response by January 13, 2011, would be most
5 helpful.

6   On January 5, 2011, the United States filed a notice of its
7 potential participation in the litigation, indicating that the
8 matter is under review and that participation must be authorized by
9 the Assistant Attorney General for the Civil Division.  The United
10 States requested additional time to respond with a letter or brief
11 regarding its interest in the matter, or to advise that it will not
12 provide such a statement.  On January 6, 2011, the Court extended
13 the time for response to February 2, 2011.

14   On February 1, 2011, the United States filed a notice that the
15 review process for authorization to participate in this litigation
16 will not be complete by February 2, 2011.  Pursuant to the United
17 States' request for additional time, the Court extends the time for
18 response to February 9, 2011.

Dated  2/3/2011

CLAUDIA WILKEN
United States District Judge

3