**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8   PEOPLE OF THE STATE OF CALIFORNIA, Ex        No. 10-cv-03084 CW
    Rel. EDMUND G. BROWN, JR., ATTORNEY
9   GENERAL,                                     ORDER SETTING
                                                 BRIEFING SCHEDULE
10            Plaintiff,                          IN RESPONSE TO
                                                 STATEMENT OF
        v.                                       INTEREST BY THE
11                                               UNITED STATES
    FEDERAL HOUSING FINANCE AGENCY;
12  EDWARD DeMARCO, in his capacity as
    Acting Director of FEDERAL HOUSING
13  FINANCE AGENCY; FEDERAL HOME LOAN
    MORTGAGE CORPORATION; CHARLES E.
14  HALDEMAN, Jr., in his capacity as
    Chief Executive Officer of FEDERAL
15  HOME LOAN MORTGAGE CORPORATION;
    FEDERAL NATIONAL MORTGAGE
16  ASSOCIATION; MICHAEL J. WILLIAMS, in
    his capacity as Chief Executive
17  Officer of FEDERAL NATIONAL MORTGAGE
    ASSOCIATION,
18
             Defendants.
19  _____/

20

21

22  SONOMA COUNTY and PLACER COUNTY,             No. 10-cv-03270 CW

23           Plaintiffs,

24      v.

25  FEDERAL HOUSING FINANCE AGENCY;
    EDWARD DeMARCO, in his capacity as
26  Acting Director of FEDERAL HOUSING
    FINANCE AGENCY; FEDERAL HOME LOAN
27  MORTGAGE CORPORATION; CHARLES E.
    HALDEMAN, Jr., in his capacity as
28  Chief Executive Officer of FEDERAL

HOME LOAN MORTGAGE CORPORATION;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; MICHAEL J. WILLIAMS, in
his capacity as Chief Executive
Officer of FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendants.
_____/

SIERRA CLUB,

        Plaintiff,

   v.

FEDERAL HOUSING FINANCE AGENCY;
EDWARD DeMARCO, in his capacity as
Acting Director of FEDERAL HOUSING
FINANCE AGENCY,

        Defendants.
_____/

No. 10-cv-03317 CW

CITY OF PALM DESERT,

        Plaintiff,

   v.

FEDERAL HOUSING FINANCE AGENCY;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; FEDERAL HOME LOAN
MORTGAGE CORPORATION,

        Defendants.
_____/

No. 10-cv-04482 CW

**United States District Court**
For the Northern District of California

2

On or before February 23, 2011, Plaintiffs may file a joint response to the United States' February 8, 2011, Statement of Interest.   The memorandum shall not exceed fifteen pages. Plaintiffs shall focus their response only on matters that were not already raised and addressed in the briefing between the parties. Defendants and the United States may file their replies, which shall not exceed four pages each, on or before March 2, 2011.

IT IS SO ORDERED.


Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

3