IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Ex Rel. EDMUND G. BROWN, JR., ATTORNEY GENERAL,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>             Defendants.<br>_____/ | No. 10-cv-03084 CW<br><br>ORDER FOR RESPONSE TO DEFENDANTS' NOTICE<br>(Docket No. 95) |
| SONOMA COUNTY and PLACER COUNTY,<br><br>             Plaintiffs,<br><br>      v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL | No. 10-cv-03270 CW |

HOME LOAN MORTGAGE CORPORATION;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; MICHAEL J. WILLIAMS, in
his capacity as Chief Executive
Officer of FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendants.

_____/


SIERRA CLUB,

        Plaintiff,

    v.

FEDERAL HOUSING FINANCE AGENCY;
EDWARD DeMARCO, in his capacity as
Acting Director of FEDERAL HOUSING
FINANCE AGENCY,

        Defendants.

_____/

No. 10-cv-03317 CW


CITY OF PALM DESERT,

        Plaintiff,

    v.

FEDERAL HOUSING FINANCE AGENCY;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; FEDERAL HOME LOAN
MORTGAGE CORPORATION,

        Defendants.

_____/

No. 10-cv-04482 CW

**United States District Court**
For the Northern District of California

2

On March 2, 2011, Defendants filed a notice of new authority relevant to their pending motion to dismiss.  Docket No. 95. Defendants may file a supplement to their motion to dismiss, not to exceed eight pages, explaining their view of the significance of the letter, on or before March 18, 2011.  Plaintiffs may file a joint response, not to exceed eight pages, seven days after Defendants' supplement is filed.  Defendants may file a reply, not to exceed two pages, four days later.

IT IS SO ORDERED.

Dated    3/7/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

3