**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* EDMUND G. BROWN, JR., ATTORNEY GENERAL,<br><br>                    Plaintiff,<br><br>      v.<br><br>FEDERAL HOUSING FINANCE AGENCY, EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Defendants. | Case No. 4:10-CV-03084-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE THE SETTLEMENT CONFERENCE** |

| | |
|---|---|
| COUNTY OF SONOMA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:10-CV-03270-CW |
| ) | |
| v. ) | |
| ) | |
| FEDERAL HOUSING FINANCE AGENCY; ) | |
| EDWARD DeMARCO, in his capacity as ) | |
| Acting Director of FEDERAL HOUSING ) | |
| FINANCE AGENCY; FEDERAL HOME ) | |
| LOAN MORTGAGE CORPORATION; ) | |
| CHARLES E. HALDEMAN, JR. in his ) | |
| capacity as Chief Executive Officer of ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION; FEDERAL NATIONAL ) | |
| MORTGAGE ASSOCIATION; MICHAEL J. ) | |
| WILLIAMS, in his capacity as Chief ) | |
| Executive Officer of FEDERAL NATIONAL ) | |
| MORTGAGE ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:10-CV-03317-CW |
| ) | |
| v. ) | |
| ) | |
| FEDERAL HOUSING FINANCE AGENCY; ) | |
| EDWARD DeMARCO, in his capacity as ) | |
| Acting Director of FEDERAL HOUSING ) | |
| FINANCE AGENCY; ) | |
| ) | |
| Defendants. ) | |
| ) | |

- 2 -
**[PROPOSED] ORDER GRANTING DEFS' ADMIN. MOTION TO CONTINUE THE SETTLEMENT CONFERENCE- 4:10-cv-3084**

| | |
|---|---|
| CITY OF PALM DESERT, a municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FEDERAL HOUSING FINANCE AGENCY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

Case No. 4:10-CV-4482-CW

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Continue the Settlement Conference, the Court finds that Defendants have shown compelling reason for the continuance and therefore, the Court finds that Defendants' motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the settlement conference in the above-captioned matter and all related cases shall be held on Tuesday, April 26, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler.

Date: March 11, 2011

_____
~~Honorable Claudia Wilken~~ Laurel Beeler
United States ~~District Judge~~ Magistrate

- 3 -

**[PROPOSED] ORDER GRANTING DEFS' ADMIN. MOTION TO CONTINUE THE SETTLEMENT CONFERENCE- 4:10-cv-3084**