UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX REL., *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>          Defendants.<br>_____ | No. C 10-03084 CW (LB)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |
| COUNTY OF SONOMA, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>          Defendants.<br>_____ | No. C10-03270 CW (LB)<br><br>(Related Case) |
| SIERRA CLUB,<br><br>          Plaintiff,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>          Defendants.<br>_____ | No. C. 10-03317 CW (LB)<br><br>(Related Case) |

ORDER VACATING SETTLEMENT CONFERENCE
C 10-03084 CW (LB)

|   |   |
|---|---|
| CITY OF PALM DESERT, | No. C. 10-04482 CW (LB) |
| Plaintiffs, | (Related Case) |
| v. | |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |

Judge Wilken previously granted Defendants' motion to continue the settlement conference until after the court ruled on a pending motion to dismiss. ECF No. 103 at 1. The undersigned reset the settlement conference for April 26, 2011. ECF No. 104. The motion to dismiss is pending still.

After a telephone call with the parties on April 22, 2011, with Defendants' agreement and Plaintiffs' non-opposition, the court **VACATES** the settlement conference currently scheduled for April 26, 2011. The court parties shall meet and confer to select a new date from the options discussed on the call. As discussed, the rescheduled settlement conference shall take place on May 23, 2011 or another mutually agreed upon date thereafter. The parties shall contact the courtroom deputy, Lashanda Scott, at (510) 637-3525, with the selected date by May 2, 2011.

**IT IS SO ORDERED.**

Dated: April 25, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER VACATING SETTLEMENT CONFERENCE
C 10-03084 CW (LB)　　2