STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
SCOTT M. BORDER – scott.border@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the deadline for completion of fact discovery in the above-named cases shall be extended from the current deadline of June 11,

1

1 | 2011, which the Court set at the case management conference held on December 2, 2010, to a
2 | new deadline of July 11, 2011.  This stipulation shall not affect any other dates in the discovery
3 | schedule that this Court established at the case management conference.

DATED: April 27, 2011

KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Acting Senior Assistant Attorney General
SANDRA L. GOLDBERG
Deputy Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General


By: _____/S/_____
          JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*


KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel


By: _____/S/_____
          KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*


GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel


By: _____/S/_____
          VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*

|     |     |
| --- | --- |
| 1   |     |
| 2   | MITCHELL E. ABBOTT<br>DAVID G. ALDERSON |
| 3   | Richards, Watson & Gershon |
| 4   |     |
| 5   | By: _____/S/_____<br>DAVID G. ALDERSON |
| 6   | *Attorneys for Plaintiff City of Palm Desert* |
| 7   |     |
| 8   | GLORIA D. SMITH<br>TRAVIS RITCHIE |
| 9   | Sierra Club Environmental Law Program |
| 10  | By: _____/S/_____ |
| 11  | TRAVIS RITCHIE |
| 12  | *Attorneys for Plaintiff Sierra Club* |
| 13  |     |
| 14  | STEPHEN E. HART<br>Federal Housing Finance Agency |
| 15  |     |
| 16  | HOWARD N. CAYNE<br>ASIM VARMA |
| 17  | SCOTT M. BORDER<br>Arnold & Porter LLP |
| 18  | JEFFREY W. KILDUFF |
| 19  | RANDALL W. EDWARDS<br>FLORA F. VIGO |
| 20  | O'Melveny & Myers LLP |
| 21  | HENRY F. REICHNER |
| 22  | HEATHER B. HOESTEREY<br>Reed Smith LLP |
| 23  |     |
| 24  | By: _____/S/_____<br>ASIM VARMA |
| 25  | *Attorneys for Defendants* |
| 26  |     |
| 27  |     |
| 28  |     |

3

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. <br><br> -and related cases - | Case No. 10-cv-03084-CW <br><br> Related Case Nos.: <br><br> 10-cv-03270-CW <br> (Sonoma County/Placer County) <br><br> 10-cv-03317-CW <br> (Sierra Club) <br><br> 10-cv-04482-CW <br> (City of Palm Desert) |

## [PROPOSED] ORDER

Based on the Court's review of the above stipulation, the Court hereby orders that the deadline for completion of fact discovery in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, is extended to July 11, 2011.

IT IS SO ORDERED.

Dated: 5/2/11

_____
Honorable Claudia Wilken
United States District Court Judge