STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
SCOTT M. BORDER – scott.border@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. <br><br> -and related cases - | Case No. 10-cv-03084-CW (LB) <br><br> Related Case Nos.: <br><br> 10-cv-03270-CW (LB) <br> (Sonoma County/Placer County) <br><br> 10-cv-03317-CW (LB) <br> (Sierra Club) <br><br> 10-cv-04482-CW (LB) <br> (City of Palm Desert) <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR SETTLEMENT CONFERENCE** |

Pursuant to Magistrate Judge Beeler's Order Vacating Settlement Conference dated April 25, 2011, Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the settlement conference

1

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

formerly scheduled for April 26, 2011 shall be rescheduled to May 26, 2011 at 11:30 am PDT.

DATED: April 27, 2011

KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Acting Senior Assistant Attorney General
SANDRA L. GOLDBERG
Deputy Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General


By:  /S/
　　　JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*


KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel


By:  /S/
　　　KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*


GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel


By:  /S/
　　　VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*


MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon

2

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

By: _____/S/_____
DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*

GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*

STEPHEN E. HART
Federal Housing Finance Agency

HOWARD N. CAYNE
ASIM VARMA
SCOTT M. BORDER
Arnold & Porter LLP

JEFFREY W. KILDUFF
RANDALL W. EDWARDS
FLORA F. VIGO
O'Melveny & Myers LLP

HENRY F. REICHNER
HEATHER B. HOESTEREY
Reed Smith LLP

By: _____/S/_____
ASIM VARMA

*Attorneys for Defendants*

3

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert) |

## [PROPOSED] ORDER

Based on the Court's review of the above stipulation, the Court hereby orders that the settlement conference in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall take place on May 26, 2011 at 11:30 am PDT.

IT IS SO ORDERED.

Dated: May 6, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge