UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX REL., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants.<br>_____ | No. C 10-03084 CW (LB)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |
| COUNTY OF SONOMA, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants.<br>_____ | No. C10-03270 CW (LB)<br><br>(Related Case) |
| SIERRA CLUB,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants.<br>_____ | No. C. 10-03317 CW (LB)<br><br>(Related Case) |

ORDER VACATING SETTLEMENT CONFERENCE
C 10-03084 CW (LB)

| | | |
|---|---|---|
| 1 | CITY OF PALM DESERT, | No. C. 10-04482 CW (LB) |
| 2 | Plaintiffs, | (Related Case) |
| 3 | v. | |
| 4 | FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| 5 | Defendants. | |

_____/

After a telephone call with the parties on May 23, 2011, and in light of the factors discussed in the undersigned's previous order continuing the settlement conference (ECF No. 110), the court **CONTINUES** the settlement conference currently scheduled for May 26, 2011 to July 8, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER VACATING SETTLEMENT CONFERENCE
C 10-03084 CW (LB)                                  2