STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the deadlines for fact discovery and expert discovery in the above-named cases shall be modified from the deadlines

1

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

that the Court set at the December 2, 2010 case management conference and its May 2, 2011 order to the new deadlines set forth in the table below.  This stipulation shall not affect the existing dates for the hearing on dispositive motions, the pretrial conference, or the date of the start of trial.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Completion of Fact Discovery | Monday, July 11, 2011 | Friday, August 19, 2011 |
| Disclosure of Identities and Reports of Expert Witnesses | Monday, August 15, 2011 | Friday September 23, 2011 |
| Rebuttal Disclosure of Identities and Reports of Expert Witnesses | Sunday, August 21, 2011 | Friday, October 28, 2011 |
| Completion of Expert Discovery | Wednesday, September 21, 2011 | Wednesday, November 30, 2011 |
| Hearing on Dispositive Motions | Thursday, February 9, 2012 | Thursday, February 9, 2012 [no change] |
| Pretrial Conference | Tuesday, April 17, 2012 (2:00 pm) | Tuesday, April 17, 2012 (2:00 pm) [no change] |
| Trial Begins | Monday, April 30, 2012 (8:30 am) | Monday, April 30, 2012 (8:30 am) [no change] |

DATED:  June 6, 2011

KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Acting Senior Assistant Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General


By: _____/S/_____
            JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*

2

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel

By: _____/S/_____
    KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*

GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel

By: _____/S/_____
    VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*

MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon

By: _____/S/_____
    DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*

GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
    TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*
3

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

| | |
|---|---|
| 1 | STEPHEN E. HART |
| 2 | Federal Housing Finance Agency |
| 3 | HOWARD N. CAYNE |
| | ASIM VARMA |
| 4 | Arnold & Porter LLP |
| 5 | JEFFREY W. KILDUFF |
| 6 | RANDALL W. EDWARDS |
| | FLORA F. VIGO |
| 7 | O'Melveny & Myers LLP |
| 8 | HENRY F. REICHNER |
| | HEATHER B. HOESTEREY |
| 9 | Reed Smith LLP |

By: _____/S/_____
　　　ASIM VARMA

*Attorneys for Defendants*

4

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>                              Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                              Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert) |

**[PROPOSED] ORDER**

Based on the Court's review of the above stipulation, the Court hereby orders that the deadlines in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall be modified as follows:

- The deadline for completion of fact discovery is extended to August 19, 2011.
- The deadline for disclosure of identities and reports of expert witnesses is extended to September 23, 2011.
- The deadline for rebuttal disclosure of identities and reports of expert witnesses is extended to October 28, 2011.
- The deadline for completion of expert discovery is extended to November 30, 2011.

IT IS SO ORDERED.

Dated: 6/10/2011

_____
Honorable Claudia Wilken
United States District Court Judge