UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX REL., *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>             Defendants.<br>_____ | No. C 10-03084 CW (LB)<br><br>**ORDER RE SETTLEMENT CONFERENCE STATEMENTS** |
| COUNTY OF SONOMA, *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>             Defendants.<br>_____ | No. C10-03270 CW (LB)<br><br>(Related Case) |
| SIERRA CLUB,<br><br>             Plaintiff,<br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>             Defendants.<br>_____ | No. C. 10-03317 CW (LB)<br><br>(Related Case) |

1 | CITY OF PALM DESERT,                     No. C. 10-04482 CW (LB)

2            Plaintiffs,                        (Related Case)

       v.

3

4 | FEDERAL HOUSING FINANCE AGENCY, *et al.*,

5            Defendants.
_____/

6

7     The court **ORDERS** the parties to file updated settlement conference statements by June 29,

8 | 2011. The parties shall email Microsoft Word or Corel WordPerfect copies of their settlement

9 | conference statements to lbpo@cand.uscourts.gov.

10     **IT IS SO ORDERED.**

11 | Dated: June 27, 2011

12                                     LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE STATEMENTS
C 10-03084 CW (LB)           2