STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW (LB)<br><br>Related Case Nos.:<br><br>10-cv-03270-CW (LB)<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW (LB)<br>(Sierra Club)<br><br>10-cv-04482-CW (LB)<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR SETTLEMENT CONFERENCE** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the settlement conference formerly scheduled for July 8, 2011 shall be continued and rescheduled for one of the following

1

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

1 | dates**:** Monday, August 29, 2011 and Friday, September 2, 2011, with a preference for August 29,
2 | 2011.

DATED:  July 7, 2011

KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Acting Senior Assistant Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General


By: _____/S/_____
　　　JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*


KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel


By: _____/S/_____
　　　KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*


GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel


By: _____/S/_____
　　　VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*

2

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon


By: _____/S/_____
      DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*


GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
      TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*


STEPHEN E. HART
Federal Housing Finance Agency

HOWARD N. CAYNE
ASIM VARMA
Arnold & Porter LLP

JEFFREY W. KILDUFF
RANDALL W. EDWARDS
FLORA F. VIGO
O'Melveny & Myers LLP

HENRY F. REICHNER
HEATHER B. HOESTEREY
Reed Smith LLP


By: _____/S/_____
      ASIM VARMA

*Attorneys for Defendants*

3

STIPULATION AND ORDER SETTING DATE FOR SETTLEMENT CONFERENCE
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert) |

**[PROPOSED] ORDER**

Based on the Court's review of the above stipulation, the Court hereby orders that the settlement conference in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall take place on  August 29, 2011  at 10:00 a.m. PDT.

IT IS SO ORDERED.

Dated: July 7, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge