STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the deadlines for fact discovery, expert discovery, the hearing on dispositive motions, the pretrial conference, and the start of trial in the above-named cases shall be extended by approximately eight weeks in order to

1  permit discovery after the Court's ruling on the motion to dismiss.  The parties propose that the
2  deadlines that the Court set at the December 2, 2010 case management conference and its June
3  10, 2011 order shall be modified to the new deadlines set forth in the table below, or, for the dates
4  marked with an asterisk, to the next date on the Court's calendar that is available.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Completion of Fact Discovery: | Friday, August 19, 2011 | Friday, October 14, 2011 |
| Disclosure of identities and reports of expert witnesses: | Friday September 23, 2011 | Friday, November 18, 2011 |
| Rebuttal disclosure of identities and reports of expert witnesses: | Friday, October 28, 2011 | Wednesday, December 21, 2011 |
| Completion of Expert Discovery | Wednesday, November 30, 2011 | Wednesday, January 25, 2012 |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | Thursday, February 9, 2012 | Thursday, April 5, 2012* |
| Final Pretrial Conference at 2:00 p.m. on: | Tuesday, April 17, 2012 | Tuesday, June 12, 2012* |
| A 7-day Court Trial will begin at 8:30 a.m. on: | Monday, April 30, 2012 | Monday, June 25, 2012* |

21  DATED:  July 12, 2011         KAMALA D. HARRIS
                                  Attorney General of California
22                                SALLY MAGNANI
                                  Acting Senior Assistant Attorney General
23                                JANILL L. RICHARDS
                                  Supervising Deputy Attorney General
24
25
                                  By: _____/S/_____
26                                    JANILL L. RICHARDS

27                                *Attorneys for Plaintiff the People of the State
                                  of California, ex rel. Kamala D. Harris*
28

KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel


By: _____/S/_____
    KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*


GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel


By: _____/S/_____
    VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*


MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon


By: _____/S/_____
    DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*


GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
    TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*

1  STEPHEN E. HART
   Federal Housing Finance Agency
2
3  HOWARD N. CAYNE
   ASIM VARMA
4  Arnold & Porter LLP

5  JEFFREY W. KILDUFF
   RANDALL W. EDWARDS
6  FLORA F. VIGO
   O'Melveny & Myers LLP
7
8  HENRY F. REICHNER
   HEATHER B. HOESTEREY
9  Reed Smith LLP

10

11 By: _____/S/_____
           ASIM VARMA
12
       *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　　　　Defendants.<br><br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert) |

**[~~PROPOSED~~] ORDER**

Based on the Court's review of the above stipulation, the Court hereby orders that the deadlines in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall be modified as follows:

- The deadline for completion of fact discovery is extended to October 14, 2011.
- The deadline for disclosure of identities and reports of expert witnesses is extended to November 18, 2011.
- The deadline for rebuttal disclosure of identities and reports of expert witnesses is extended to December 21, 2011.
- The deadline for completion of expert discovery is extended to January 25, 2012.
- The date by which all case-dispositive motions must be heard is extended to 2:00 p.m. on __Thursday, April 5, 2012__. **A case management conference will also be held on the 5th.**
- The final pretrial conference will take place at 2:00 p.m. on __Tuesday, June 12, 2012__.
- A seven-day court trial shall commence at 8:30 a.m. on __Monday, June 25, 2012__.

1  IT IS SO ORDERED.

Dated: **7/12/2011**

_____
Honorable Claudia Wilken
United States District Court Judge