STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWERS TO COMPLAINTS** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the deadline for Defendants to file answers to the five complaints in the above-named cases shall be extended by one week to Friday, September 16, 2011. This stipulation shall not affect any other deadlines in these cases.

1

| | |
|---|---|
| DATED: September 9, 2011 | KAMALA D. HARRIS<br>Attorney General of California<br>SALLY MAGNANI<br>Senior Assistant Attorney General<br>JANILL L. RICHARDS<br>Supervising Deputy Attorney General |

By: /S/
     JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*

KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel

By: /S/
     KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*

GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel

By: /S/
     VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*

MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon

2

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWERS TO COMPLAINTS
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

|     |     |
| --- | --- |
| 1   | By: _____/S/_____ |
| 2   | DAVID G. ALDERSON |

By: _____/S/_____
     DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*

GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
     TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*

STEPHEN E. HART
Federal Housing Finance Agency

HOWARD N. CAYNE
ASIM VARMA
Arnold & Porter LLP

JEFFREY W. KILDUFF
RANDALL W. EDWARDS
FLORA F. VIGO
O'Melveny & Myers LLP

HENRY F. REICHNER
HEATHER B. HOESTEREY
Reed Smith LLP

By: _____/S/_____
     ASIM VARMA

*Attorneys for Defendants*

3

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWERS TO COMPLAINTS
(No. 4:10-cv-03084 / No. 4:10-cv-3270 / No. 4:10-cv-3317 / No. 4:10-cv-4482)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert) |

### [PROPOSED] ORDER

Based on the Court's review of the above stipulation, the Court hereby orders that the deadline for Defendants to file an answer to the complaints in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall be moved to Friday, September 16, 2011.

IT IS SO ORDERED.

Dated: **9/12/2011**

Honorable Claudia Wilken
United States District Court Judge