STEPHEN E. HART – stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414-3800
Fax: (202) 414-6504

HOWARD N. CAYNE – howard.cayne@aporter.com
ASIM VARMA – asim.varma@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants.<br><br>-and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Plaintiffs and Defendants in *People v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, hereby stipulate that the deadlines for answers to the complaints, fact discovery, and expert discovery shall be extended by approximately thirty days. The parties stipulate that the existing deadlines shall be modified to the new deadlines set

1  forth in the table below.  This stipulation shall not affect the dates of the hearing of case

2  dispositive motions, the final pretrial conference, or the beginning of trial.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Defendants' Answers to Complaints | Friday, September 16, 2011 | Monday, October 17, 2011 |
| Completion of Fact Discovery: | Friday, October 14, 2011 | Monday, November 14, 2011 |
| Disclosure of Identities and Reports of Expert Witnesses: | Friday  November 18, 2011 | Monday, December 19, 2011 |
| Rebuttal Disclosure of Identities and Reports of Expert Witnesses: | Wednesday, December 21, 2011 | Friday, January 20, 2012 |
| Completion of Expert Discovery | Wednesday, January 25, 2012 | Friday, February 24, 2012 |
| All case-dispositive motions to be heard at 2:00 p.m. | Thursday, April 5, 2012 | Thursday, April 5, 2012 [no change] |
| Final Pretrial Conference at 2:00 p.m. | Tuesday, June 12, 2012 | Tuesday, June 12, 2012 [no change] |
| A 7-day Court Trial will begin at 8:30 a.m. | Monday, June 25, 2012 | Monday, June 25, 2012 [no change] |

DATED:  September 15, 2011

KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Senior Assistant Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General


By: _____/S/_____
        JANILL L. RICHARDS

*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris*


KATHLEEN LAROCQUE
Chief Deputy County Counsel
PHYLLIS C. GALLAGHER
Deputy County Counsel


By: _____/S/_____
        KATHLEEN LAROCQUE

*Attorneys for Plaintiff County of Sonoma*

GERALD O. CARDEN
Chief Deputy County Counsel
VALERIE D. FLOOD
Supervising Deputy County Counsel
DAVID K. HUSKEY
Deputy County Counsel

By: _____/S/_____
    VALERIE D. FLOOD

*Attorneys for Plaintiff County of Placer*

MITCHELL E. ABBOTT
DAVID G. ALDERSON
Richards, Watson & Gershon

By: _____/S/_____
    DAVID G. ALDERSON

*Attorneys for Plaintiff City of Palm Desert*

GLORIA D. SMITH
TRAVIS RITCHIE
Sierra Club Environmental Law Program

By: _____/S/_____
    TRAVIS RITCHIE

*Attorneys for Plaintiff Sierra Club*

STEPHEN E. HART
Federal Housing Finance Agency

HOWARD N. CAYNE
ASIM VARMA
Arnold & Porter LLP

JEFFREY W. KILDUFF
RANDALL W. EDWARDS
FLORA F. VIGO
O'Melveny & Myers LLP

1  HENRY F. REICHNER
2  HEATHER B. HOESTEREY
   Reed Smith LLP

4  By: _____/S/_____
          ASIM VARMA

5       *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. <br><br> -and related cases - | Case No. 10-cv-03084-CW <br><br> Related Case Nos.: <br><br> 10-cv-03270-CW <br> (Sonoma County/Placer County) <br><br> 10-cv-03317-CW <br> (Sierra Club) <br><br> 10-cv-04482-CW <br> (City of Palm Desert) |

## [~~PROPOSED~~] ORDER

Based on the Court's review of the above stipulation, the Court hereby orders that the deadlines in *People of the State of California ex rel. Harris v. Federal Housing Finance Agency, et al.*, Case No. 10-cv-03804-CW, and the three related cases, shall be modified as follows:

- The deadline for Defendants' answers to the complaints is extended to October 17, 2011.
- The deadline for completion of fact discovery is extended to November 14, 2011.
- The deadline for disclosure of identities and reports of expert witnesses is extended to December 19, 2011.
- The deadline for rebuttal disclosure of identities and reports of expert witnesses is extended to January 20, 2012.
- The deadline for completion of expert discovery is extended to February 24, 2012.

IT IS SO ORDERED.  **The pretrial conference will be held on June 13, 2012 at 2 pm.**

Dated: 9/16/2011

*[signature]*
Honorable Claudia Wilken
United States District Court Judge