KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Senior Assistant Attorney General
JANILL L. RICHARDS
Supervising Deputy Attorney General
State Bar No. 173817
 California Attorney General's Office
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, California  94612-0550
 Telephone:  (510) 622-2100
 Fax:  (510) 622-2270
*Attorneys for People of the State of California, ex rel. Kamala D. Harris, Attorney General*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>Defendants.<br><br>- and related cases - | Case No. 10-cv-03084-CW<br><br>Related Case Nos.:<br><br>10-cv-03270-CW<br>(Sonoma County/Placer County)<br><br>10-cv-03317-CW<br>(Sierra Club)<br><br>10-cv-04482-CW<br>(City of Palm Desert)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |

Parties to the remaining claims in the four actions identified above stipulate that the cases should now be consolidated.

1        IT IS SO STIPULATED.

2    Dated: October 28, 2011                    KAMALA D. HARRIS
                                                Attorney General of California
3
                                                /s/ Janill Richards
4
                                                SALLY MAGNANI
5                                               Senior Assistant Attorney General
                                                JANILL L. RICHARDS
6                                               Supervising Deputy Attorney General
                                                *Attorneys for the People of the State of*
7                                               *California, ex rel. Kamala D. Harris*

8

9                                               BRUCE D. GOLDSTEIN
                                                Sonoma County Counsel
10
                                                /s/ Kathleen Larocque
11
                                                KATHLEEN LAROCQUE
12                                              Chief Deputy County Counsel
                                                PHYLLIS G. GALLAGHER
13                                              Deputy County Counsel
                                                *Attorneys for Plaintiff County of Sonoma*
14

15
                                                ANTHONY J. LA BOUFF
16                                              Placer County Counsel

17                                              /s/ Valerie D. Flood

18                                              GERALD O. CARDEN
                                                Chief Deputy County Counsel
19                                              VALERIE D. FLOOD
                                                Supervising Deputy County Counsel
20                                              DAVID K. HUSKEY
                                                Deputy County Counsel
21                                              *Attorneys for Plaintiff County of Placer*

22

23                                              RICHARDS, WATSON & GERSHON
                                                A Professional Corporation
24
                                                /s/ David G. Alderson
25
                                                MITCHELL E. ABBOTT
26                                              DAVID G. ALDERSON
                                                *Attorneys for Plaintiff City of Palm Desert*
27

28

                                    2
               ORDER CONSOLIDATING CASES (Case No. 10-cv-03084-CW)

|   |   |
|---|---|
| 1 | SIERRA CLUB ENVIRONMENTAL LAW PROGRAM |
| 2 | |
| 3 | /s/ Travis Ritchie |
| 4 | GLORIA D. SMITH<br>TRAVIS RITCHIE<br>*Attorneys for Plaintiff Sierra Club* |
| 5 | |
| 6 | |
| 7 | ARNOLD & PORTER LLP |
| 8 | /s/ Asim Varma |
| 9 | HOWARD N. CAYNE<br>LISA S. BLATT<br>ASIM VARMA |
| 10 | *Attorneys for Defendants Federal Housing Finance Agency and Edward DeMarco* |

The four above-captioned cases are now deemed consolidated. Pursuant to Civil Local Rule 3-4(c), when filing papers in cases consolidated pursuant to Fed. R. Civ. P. 42, the caption of each paper must denote the lead case number above all consolidated case numbers.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **11/2/2011**

Honorable Claudia Wilken
United States District Court Judge