IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS, ATTORNEY GENERAL,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendants.<br>_____/ | No. C 10-03084 CW<br>No. C 10-03270 CW<br>No. C 10-03317 CW<br>No. C 10-04482 CW<br><br>ORDER DENYING PLAINTIFFS' JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE and REFERRING DISCOVERY AND SCHEDULING ISSUES TO MAGISTRATE JUDGE (Docket Nos. 138, 157, 87 and 78) |

|     |     |
| --- | --- |
| 1   | SONOMA COUNTY and PLACER COUNTY, |
| 2   |     Plaintiff and Plaintiff-Intervener, |
| 3   |   v. |
| 4   | FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION, |
|     |     Defendants. |

---

SIERRA CLUB,

    Plaintiff,

  v.

FEDERAL HOUSING FINANCE AGENCY; and EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY,

    Defendants.

---

CITY OF PALM DESERT,

    Plaintiff,

  v.

FEDERAL HOUSING FINANCE AGENCY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Defendants.

---

*United States District Court — For the Northern District of California*

On October 26, 2011, People of the State of California, Sonoma County, Placer County, City of Palm Desert and the Sierra Club, Plaintiffs in the above-captioned related actions, filed a "Joint Request for Further Case Management Conference."  On October 28, 2011, Defendants Federal Housing Finance Agency and Edward DeMarco responded.

Plaintiffs' joint request for a case management conference is DENIED.  Instead, the discovery dispute the parties describe in their request and response is referred to Magistrate Judge Laurel Beeler.  Once Judge Beeler has ruled on the scope of discovery, she may rule on the parties' requests for modification of the case management schedule, changing any dates not on this Court's calendar and recommending any changes to dates set before this Court.

IT IS SO ORDERED.

Dated: November 2, 2011

CLAUDIA WILKEN
United States District Judge

3