**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX REL., *et al.*,<br><br>                Plaintiffs,<br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                Defendants.<br>_____ | No. C 10-03084 CW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| COUNTY OF SONOMA, *et al.*,<br><br>                Plaintiffs,<br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                Defendants.<br>_____ | No. C10-03270 CW (LB)<br><br>(Related Case) |
| SIERRA CLUB,<br><br>                Plaintiff,<br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                Defendants.<br>_____ | No. C. 10-03317 CW (LB)<br><br>(Related Case) |

NOTICE OF REFERRAL
C 10-03084 CW (LB)

|   |   |   |
|---|---|---|
| 1 | CITY OF PALM DESERT, | No. C. 10-04482 CW (LB) |
| 2 | Plaintiffs, | (Related Case) |
| 3 | v. |   |
| 4 | FEDERAL HOUSING FINANCE AGENCY, *et al.*, |   |
| 5 | Defendants. |   |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery to United States Magistrate Judge Laurel Beeler. ECF No. 145 at 3. The parties have indicated that they have a discovery dispute. Docket No. 4:10-cv-03270-CW, ECF Nos. 157 and 159.

The Court directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. Given the nature of the dispute, the Court modifies its standing order to allow the parties to file a joint letter of no more than 10 single-spaced pages, with legal argument equally divided. The parties also should include copies of all cited legal authorities. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge