1   KAMALA D. HARRIS
    Attorney General of California
2   SALLY MAGNANI
    Senior Assistant Attorney General
3   JANILL L. RICHARDS (SBN # 173817)
    Supervising Deputy Attorneys General
4   SUSAN S. FIERING (SBN # 121621)
    California Attorney General's Office
5    1515 Clay Street, 20th Floor
     P.O. Box 70550
6    Oakland, California 94612-0550
     Telephone: (510) 622-2100
7    Fax: (510) 622-2270
    *Attorneys for People of the State of California, ex*
8   *rel. Kamala D. Harris, Attorney General*

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **PEOPLE OF THE STATE OF CALIFORNIA,**      Case No. 10-cv-03084 CW (LB)
    *ex rel.* **KAMALA D. HARRIS, ATTORNEY**
13  **GENERAL,**                                Consolidated Case Nos.:

14                              **Plaintiff,**      10-cv-03270 CW (LB)
                                                   10-cv-03317 CW (LB)
15  **v.**                                          10-cv-04482 CW (LB)

16  **FEDERAL HOUSING FINANCE AGENCY;**         **REVISED STIPULATION AND**
    **et al.,**                                 **[~~PROPOSED~~] ORDER SETTING**
17                            **Defendants.**    **SCHEDULE FOR SUMMARY**
                                                 **JUDGMENT MOTIONS**
18

19  **– and related cases –**

20

21

22          Pursuant to the Court's Order of September 16, 2011, all case-dispositive motions in this

23  matter must be heard no later than 2:00 p.m., Thursday, April 5, 2012. The parties believe that

24  the matter can be fully and finally resolved through motions for summary judgment.

25  Accordingly, the parties propose the following briefing schedule and page limits:

26          Plaintiffs' joint motion for summary judgment, consisting of no more than 25 pages, due

27  January 23, 2012;

28
                                                1

1    Defendants' combined cross-motion for summary judgment, consisting of no more than 25

2    pages, and opposition to motion, consisting of no more than 25 additional pages, due February 27,

3    2012;

4    Plaintiffs' combined opposition to cross-motion, consisting of no more than 25 pages, and

5    reply, consisting of no more 15 additional pages, due March 12, 2012;

6    Defendants' reply, consisting of no more than 15 pages, due March 26, 2012.

7    The hearing on the motions for summary judgment shall be scheduled for April 12, 2012, at

8    2:00 p.m., or as soon thereafter as the matter can be heard.

9    The parties agree that this Order may be subject to revision, if necessary, should discovery

10   in this case be allowed.

11   IT IS SO STIPULATED:

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1    Dated:  December 16, 2011                     KAMALA D. HARRIS
                                                   Attorney General of California
2

3

4                                                  /s/ Janill L. Richards

5                                                  SALLY MAGNANI
                                                   Senior Assistant Attorney General
6                                                  JANILL L. RICHARDS
                                                   SUSAN S. FIERING
7                                                  Supervising Deputy Attorneys General
                                                   *Attorneys for Plaintiff the People of the State*
8                                                  *of California, ex rel. Kamala D. Harris*

9                                                  BRUCE D. GOLDSTEIN
                                                   Sonoma County Counsel
10

11

12                                                 /s/ Kathleen A. Larocque

13                                                 KATHLEEN A. LAROCQUE
                                                   Chief Deputy County Counsel
14                                                 PHYLLIS C. GALLAGHER
                                                   ANNE KECK
15                                                 Deputy County Counsels
                                                   *Attorneys for Plaintiff County of Sonoma*
16
                                                   ANTHONY J. LA BOUFF
17                                                 Placer County Counsel

18

19
                                                   /s/ Valerie D. Flood
20
                                                   GERALD O. CARDEN
21                                                 Chief Deputy County Counsel
                                                   VALERIE D. FLOOD
22                                                 Supervising Deputy County Counsel
                                                   DAVID K. HUSKEY
23                                                 Deputy County Counsel
                                                   *Attorneys for Plaintiff County of Placer*
24

25

26

27

28

                                    3

RICHARDS, WATSON & GERSHON
A Professional Corporation


/s/ David G. Alderson

MITCHELL E. ABBOTT
DAVID G. ALDERSON
*Attorneys for Plaintiff City of Palm Desert*

SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM


/s/ Travis Ritchie

GLORIA D. SMITH
TRAVIS RITCHIE
*Attorneys for Plaintiff Sierra Club*

STEPHEN E. HART
Federal Housing Finance Agency

ARNOLD & PORTER LLP


/s/ Asim Varma

HOWARD N. CAYNE
ASIM VARMA
*Attorneys for Defendants Federal Housing
Finance Agency and Edward DeMarco*

4

**ORDER**

Pursuant to the parties' stipulation, Plaintiffs' joint motion for summary judgment, consisting of no more than 25 pages, is due January 30, 2012;

Defendants' combined cross-motion for summary judgment, consisting of no more than 25 pages, and opposition to motion, consisting of no more than 25 additional pages, is due February 27, 2012;

Plaintiffs' combined opposition to cross-motion, consisting of no more than 25 pages, and reply, consisting of no more 15 additional pages, is due March 12, 2012;

Defendants' reply, consisting of no more than 15 pages, is due March 26, 2012.

The hearing on the motions for summary judgment shall be scheduled for April 19, 2012, at 2:00 p.m.  A further case management conference will also be held on April 19, 2012, at 2:00 p.m.

IT IS SO ORDERED.


Dated: _____12/21/2011_____                    _____

                                                                    Honorable Claudia Wilken
                                                                    United States District Court Judge