KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Senior Assistant Attorney General
JANILL L. RICHARDS (SBN # 173817)
Supervising Deputy Attorneys General
SUSAN S. FIERING (SBN # 121621)
California Attorney General's Office
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, California  94612-0550
  Telephone:  (510) 622-2100
  Fax:  (510) 622-2270
*Attorneys for People of the State of California, ex rel. Kamala D. Harris, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,** *ex rel.* **KAMALA D. HARRIS, ATTORNEY GENERAL,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY; et al.,**<br><br>               **Defendants.**<br><br>– and related cases – | Case No. 10-cv-03084 CW (LB)<br><br>Consolidated Case Nos.:<br><br>10-cv-03270 CW (LB)<br>10-cv-03317 CW (LB)<br>10-cv-04482 CW (LB)<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS** |

Pursuant to the Court's Order of September 16, 2011, all case-dispositive motions in this matter must be heard no later than 2:00 p.m., Thursday, April 5, 2012.  The parties believe that the matter can be fully and finally resolved through motions for summary judgment. Accordingly, the parties propose the following briefing schedule and page limits:

Plaintiffs' joint motion for summary judgment, consisting of no more than 25 pages, due January 23, 2012;

1  Defendants' combined cross-motion for summary judgment, consisting of no more than 25
2  pages, and opposition to motion, consisting of no more than 25 additional pages, due February 27,
3  2012;
4  Plaintiffs' combined opposition to cross-motion, consisting of no more than 25 pages, and
5  reply, consisting of no more 15 additional pages, due March 12, 2012;
6  Defendants' reply, consisting of no more than 15 pages, due March 26, 2012.
7  The hearing on the motions for summary judgment shall be scheduled for April 12, 2012, at
8  2:00 p.m., or as soon thereafter as the matter can be heard.
9  The parties agree that this Order may be subject to revision, if necessary, should discovery
10 in this case be allowed.
11 IT IS SO STIPULATED:
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| Dated:  December 16, 2011 | KAMALA D. HARRIS<br>Attorney General of California |
| | /s/ Janill L. Richards |
| | SALLY MAGNANI<br>Senior Assistant Attorney General<br>JANILL L. RICHARDS<br>SUSAN S. FIERING<br>Supervising Deputy Attorneys General<br>*Attorneys for Plaintiff the People of the State of California, ex rel. Kamala D. Harris* |
| | BRUCE D. GOLDSTEIN<br>Sonoma County Counsel |
| | /s/ Kathleen A. Larocque |
| | KATHLEEN A. LAROCQUE<br>Chief Deputy County Counsel<br>PHYLLIS C. GALLAGHER<br>ANNE KECK<br>Deputy County Counsels<br>*Attorneys for Plaintiff County of Sonoma* |
| | ANTHONY J. LA BOUFF<br>Placer County Counsel |
| | /s/ Valerie D. Flood |
| | GERALD O. CARDEN<br>Chief Deputy County Counsel<br>VALERIE D. FLOOD<br>Supervising Deputy County Counsel<br>DAVID K. HUSKEY<br>Deputy County Counsel<br>*Attorneys for Plaintiff County of Placer* |

3

Plaintiffs' Joint Supplement to Settlement Conf. Statements (Case No. 10-cv-03084 CW and related cases)

RICHARDS, WATSON & GERSHON
A Professional Corporation


/s/ David G. Alderson

MITCHELL E. ABBOTT
DAVID G. ALDERSON
*Attorneys for Plaintiff City of Palm Desert*

SIERRA CLUB ENVIRONMENTAL LAW PROGRAM


/s/ Travis Ritchie

GLORIA D. SMITH
TRAVIS RITCHIE
*Attorneys for Plaintiff Sierra Club*

STEPHEN E. HART
Federal Housing Finance Agency

ARNOLD & PORTER LLP


/s/ Asim Varma

HOWARD N. CAYNE
ASIM VARMA
*Attorneys for Defendants Federal Housing Finance Agency and Edward DeMarco*

4

Plaintiffs' Joint Supplement to Settlement Conf. Statements (Case No. 10-cv-03084 CW and related cases)

1 **ORDER**

2   Pursuant to the parties' stipulation, Plaintiffs' joint motion for summary judgment,
3 consisting of no more than 25 pages, is due January 30, 2012;
4   Defendants' combined cross-motion for summary judgment, consisting of no more than 25
5 pages, and opposition to motion, consisting of no more than 25 additional pages, is due February
6 27, 2012;
7   Plaintiffs' combined opposition to cross-motion, consisting of no more than 25 pages, and
8 reply, consisting of no more 15 additional pages, is due March 12, 2012;
9   Defendants' reply, consisting of no more than 15 pages, is due March 26, 2012.
10   The hearing on the motions for summary judgment shall be scheduled for April 19, 2012, at
11 2:00 p.m.  A further case management conference will also be held on April 19, 2012, at 2:00 p.m.
12   IT IS SO ORDERED.

14 Dated: __12/21/2011__

                                    _____
15                                   Honorable Claudia Wilken
                                    United States District Court Judge

5

Plaintiffs' Joint Supplement to Settlement Conf. Statements (Case No. 10-cv-03084 CW and related cases)