KAMALA D. HARRIS
Attorney General of California
SALLY MAGNANI
Senior Assistant Attorney General
JANILL L. RICHARDS (SBN # 173817)
Supervising Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, California  94612-0550
 Telephone:  (510) 622-2100
 Fax:  (510) 622-2270
*Attorneys for People of the State of California, ex rel. Kamala D. Harris, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,** *ex rel.* **KAMALA D. HARRIS, ATTORNEY GENERAL,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY;** et al.,<br><br>Defendants.<br><br>– and related cases – | Case No. 10-cv-03084 CW (LB)<br><br>Consolidated Case Nos.:<br><br>10-cv-03270 CW (LB)<br>10-cv-03317 CW (LB)<br>10-cv-04482 CW (LB)<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO ENLARGE TIME** |

   Based on the Court's review of Defendants' Status Report and Motion for Enlargement of Time, the Court hereby orders that the October 2012 Judgment, entered in the above-captioned consolidated case, be modified to extend the deadline for Federal Housing Finance Agency's publication of its final rule regarding Property Assessed Clean Energy programs in the Federal Register to September 16, 2013.

   Defendants shall submit a third, supplemental status report by June 1, 2013.  The status report shall include a discussion of the status of the rulemaking and, in addition, the Federal

1 | Housing Finance Agency's view of its compliance obligations under the National Environmental
2 | Policy Act, if any, in relationship to the rulemaking deadline.
3 |   IT IS SO ORDERED.

Dated:  3/5/2013

CLAUDIA WILKEN
Chief Judge
United States District Court